**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JUAN MARTINEZ, *et al*.,

                Plaintiffs,            **CLERK'S CERTIFICATE**
                                                     **OF DEFAULT**
      - against -                         CV 21-3613 (GRB) (JMW)

FELIKS & SONS STORAGE TANK CORP.,
FELIKS & SONS SERVICES, LLC, and
FELIKS SWIERZEWSKI.

                Defendants.
-------------------------------------------------------X

     **I,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants FELIKS & SONS STORAGE TANK CORP., and FELIKS & SONS SERVICES, LLC, have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

     The defaults of defendants FELIKS & SONS STORAGE TANK CORP., and FELIKS & SONS SERVICES, LLC, are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: January 14, 2022
        Central Islip, New York

                                                              DOUGLAS C. PALMER
                                                               CLERK OF THE COURT

                                             BY:     /S/ JAMES J. TORITTO
                                                                 DEPUTY CLERK