

Steven J. Moser
516-671-1150
steven.moser@moserlawfirm.com

February 10, 2022

VIA ECF

Hon James M. Wicks, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

RE:   *Martinez et al v. Feliks & Son Storage Tank Corp. et al,* 2:21-cv-03613-GRB-JMW

Dear Judge Wicks:

     I write to request an extension of the current deadline to file a motion for Default in the above referenced matter until March 31, 2022.  The current deadline to file the default motion is February 15, 2022.  However, I will be taking a three to four week leave of absence beginning on February 11, 2022.  This is the first request for an extension.  Should the court require additional details I respectfully request leave to file a separate affidavit under seal.

                                                              Respectfully Submittted,

                                                               */s*
                                                               Steven J. Moser