

MOSER LAW FIRM, P.C.

Steven J. Moser
516-671-1150
steven.moser@moserlawfirm.com

March 31, 2022

VIA ECF

Hon James M. Wicks, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

RE:    *Martinez et al v. Feliks & Son Storage Tank Corp. et al,* 2:21-cv-03613-GRB-JMW

Dear Judge Wicks:

I represent the Plaintiffs in the above referenced matter.  Today is the current deadline to file Plaintiffs motion for default.  Due to my medical leave in February and my current workload, I respectfully request an additional three (3) weeks to file said motion (until April 21, 2022). This is the second request for an extension.  The Court previously extended the deadline from February 14, 2022 to March 31, 2022.

Respectfully Submittted,

*/s*
Steven J. Moser