

Steven J. Moser
516-671-1150
steven.moser@moserlawfirm.com

April 22, 2022

VIA ECF

Hon James M. Wicks, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

RE:  *Martinez et al v. Feliks & Son Storage Tank Corp. et al,* 2:21-cv-03613-GRB-JMW

Dear Judge Wicks:

     I respectfully request an additional adjournment of the motion for default against the corporate defendants.  The date was previously extended by the Court from February 14, 2022, until March 31, 2022 and again to April 21, 2022.  The basis for this request is that I have been sick with the flu since last week.  I respectfully request until May 20, 2022 to file the motion.

                        Respectfully Submittted,

                        /s
                        Steven J. Moser