UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN MARTINEZ, JOSE PIMENTAL, CARLOS CONTRERAS, EFRAIN REYES and JOWANY CASTILLO,<br><br>Plaintiffs,<br><br>- against -<br><br>FELIKS & SON STORAGE TANK CORP., FELIKS & SON SERVICES, LLC AND FELIKS SWIERZEWSKI,<br><br>Defendants. | Case No. 21-cv-03613(GRB)(JMW) |

**DECLARATION OF TRANSLATION**

Shirley Navarro Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am employed by the Moser Law Firm, P.C.

2. I am fluent in English and Spanish.

3. On May 16, 2022 I verbally translated the Declaration of Juan Martinez in Support of Plaintiffs' Motion for Default Judgment from English into Spanish to him. After translating the declaration truly and accurately into Spanish for Juan Martinez, he verified that the information contained therein was true and correct, and signed the declaration.

4. On May 17, 2022 I verbally translated the Declaration of Jose Pimentel in Support of Plaintiffs' Motion for Default Judgment from English into Spanish to him. After translating the declaration truly and accurately into Spanish for Jose Pimentel, he verified that the information contained therein was true and correct, and signed the declaration.

5. On May 18, 2022 I verbally translated the Declaration of Carlos Contreras in Support of Plaintiffs' Motion for Default Judgment from English into Spanish to him. After translating the declaration truly and accurately into Spanish for Carlos Contreras, he verified that the information contained therein was true and correct, and signed the declaration.

6. On May 17, 2022 I verbally translated the Declaration of Efrain Reyes in Support of Plaintiffs' Motion for Default Judgment from English into Spanish to him. After translating the declaration truly and accurately into Spanish for Efrain Reyes, he verified that the information contained therein was true and correct, and signed the declaration.

7. On May 17, 2022 I verbally translated the Declaration of Jowany Castillo in Support of Plaintiffs' Motion for Default Judgment from English into Spanish to him. After translating the declaration truly and accurately into Spanish for Jose Pimentel, he verified that the information contained therein was true and correct, and signed the declaration.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Huntington, New York
May 19, 2022

*Shirley Navarro-Losito*
ID HUnPD5L2WsrVemD4UyMhRkCw
Shirley Navarro Losito

SJM
ID YPhLZFJSxAHZ57DYkiynNSYt

## eSignature Details

**Signer ID:**         **YPhLZFJSxAHZ57DYkiynNSYt**
Signed by:             Steven John Moser
Sent to email:         steven.moser@moserlawfirm.com
IP Address:            69.126.46.211
Signed at:             May 19 2022, 1:17 pm EDT

**Signer ID:**         **HUnPD5L2WsrVemD4UyMhRkCw**
Signed by:             Shirley Navarro-Losito
Sent to email:         legalsupport2@moserlawfirm.com
IP Address:            69.126.46.211
Signed at:             May 19 2022, 1:25 pm EDT