*Martinez, et al. v. Feliks & Son Storage Tank Corp., et al.,* 21-cv-03613(GRB)(JMW)
Plaintiffs Damages Summmary In Support of Motion for Default
May 20, 2022

|  | **Carlos Contreras** | **Juan Martinez** | **Efrain Reyes** | **Jose Pimental** | **Jowany Castillo** | **TOTAL** |
|---|---|---|---|---|---|---|
| Overtime | $31,249.52 | $ 61,970.95 | $ 49,133.10 | $18,847.62 | $10,872.86 | $172,074.05 |
| Liquidaated Damages | $31,249.52 | $ 61,970.95 | $ 49,133.10 | $18,847.62 | $10,872.86 | $172,074.05 |
| Statutory Dgs (NYLL 195-1 & 195-3) | $10,000.00 | $  5,000.00 | $  5,000.00 | $10,000.00 | $10,000.00 | $ 40,000.00 |
| Interest (CPLR) | $ 9,418.81 | $ 23,385.91 | $ 16,579.35 | $ 5,384.25 | $ 2,646.67 | $ 57,415.00 |
| Total | **$81,917.86** | **$152,327.81** | **$119,845.55** | **$53,079.48** | **$34,392.39** | **$441,563.09** |

Castillo

*Martinez, et al. v. Feliks & Son Storage Tank Corp., et al.,* 21-cv-03613(GRB)(JMW)
Damage Calculations In Support of Motion for Default Judgment

| From | To | Wages | Hourly Rate | OT Premium |
|---|---|---|---|---|
| 2/1/2019 | 4/15/2020 | $ 180.00 | $ 17.14 | $ 8.57 |
| | | | $ - | $ - |
| | | | $ - | $ - |

Today: 5/20/2022

| 6 DAY WORKWEEK | | | | 5 DAY WORKWEEK | | |
|---|---|---|---|---|---|---|
| | FROM | TO | HOURS | From | To | Hours |
| MON | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| TUE | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| WED | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| THURS | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| FRI | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| SAT | 7:00 AM | 6:00 PM | 10.50 | | | |
| | | | 63.00 | | | 52.50 |

## UNPAID OVERTIME

| | | | | | | 6 Day Workweeks | | | | 5 Day Workweeks | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Total Weeks | Less: Weeks Off (1 Week/Year) | Weeks Worked | OT Rate | Weeks Worked 6 Days/Wk (3 out of 4 weeks) | OT Hours Worked | OT Earned | Total 6 Day Workweek OT Owed | Weeks Worked 5 Days/Wk (1 out of 4 weeks) | OT Hours Worked | OT Owed for 5 Day Workwee | Total 5 Day Workweek OT Owed | TOTAL OT (6 day OT + 5 day OT) |
| 2/1/2019 | 4/15/2020 | 63 | 1 | 62 | $ 8.57 | 47 | 23.00 | $ 197.14 | $ 9,265.71 | 15 | 12.50 | $ 107.14 | $ 1,607.14 | $ 10,872.86 |
| | | | | 62 | | 47 | | | $ 9,265.71 | 15 | | | $ 1,607.14 | |

$10,872.86

## LIQUIDATED DAMAGES

100% Of Overtime Owed    $ 10,872.86

$10,872.86

## STATUTORY DAMAGES

| | Damages/ Workday | Effective Date of WTPA | Hire Date | Last Date | Weeks | Work-days/Week | Work-days | Total Dgs | Max ($5,000) |
|---|---|---|---|---|---|---|---|---|---|
| Wage Statement Violations (NYLL 195(3) & 198) | $ 250.00 | 2/27/2015 | 2/1/2019 | 4/15/2020 | 63 | 5 | 314 | $ 78,392.86 | $ 5,000.00 |
| Wage Notice Violations (NYLL 195(1) & 198) | $ 50.00 | 2/27/2015 | 2/1/2019 | 4/15/2020 | 63 | 5 | 314 | $ 15,678.57 | $ 5,000.00 |

$10,000.00

## PRE-JUDGMENT INTEREST, 9%

| Begin | End | Midpoint | # of Years | Amount Owed | Rate | Interest Owed |
|---|---|---|---|---|---|---|
| 2/1/2019 | 4/15/2020 | 9/8/2019 | 2.70 | $ 10,872.86 | 9% | $ 2,646.67 |

$2,646.67

**TOTAL** $34,392.39

Reyes

*Martinez, et al. v. Feliks & Son Storage Tank Corp., et al.,* 21-cv-03613(GRB)(JMW)
Damage Calculations In Support of Motion for Default Judgment

| From | To | Wages | Hourly Rate | OT Premium |
|---|---|---|---|---|
| 11/12/2014 | 3/15/2016 | 140 | $ 13.33 | $ 6.67 |
| 3/16/2016 | 12/31/2018 | 180 | $ 17.14 | $ 8.57 |
| 1/1/2019 | 11/25/2019 | 250 | $ 23.81 | $ 11.90 |

Today   5/20/2022

| | 6 DAY WORKWEEK | | | | 5 DAY WORKWEEK | | |
|---|---|---|---|---|---|---|---|
| | FROM | TO | HOURS | | From | To | Hours |
| MON | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| TUE | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| WED | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| THURS | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| FRI | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| SAT | 7:00 AM | 6:00 PM | 10.50 | | | | |
| | | | 63.00 | | | | 52.50 |

## UNPAID OVERTIME

| | | | | | | 6 Day Workweeks | | | | 5 Day Workweeks | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Total Weeks | Less: Weeks Off (1 Week/ Year) | Weeks Worked | OT Rate | Weeks Worked 6 Days/Wk (3 out of 4 weeks) | OT Hours Worked | OT Earned | Total 6 Day Workweek OT Owed | Weeks Worked 5 Days/Wk (1 out of 4 weeks) | OT Hours Worked | OT Owed for 5 Day Workweek | Total 5 Day Workweek OT Owed | TOTAL OT (6 day OT + 5 day OT) |
| 11/12/2014 | 3/15/2016 | 70 | 1 | 69 | $ 6.67 | 52 | 23.00 | $ 153.33 | $ 7,973.33 | 17 | 12.50 | $ 83.33 | $ 1,416.67 | $ 9,390.00 |
| 3/16/2016 | 12/31/2018 | 146 | 3 | 143 | $ 8.57 | 107 | 23.00 | $ 197.14 | $ 21,094.29 | 36 | 12.50 | $ 107.14 | $ 3,857.14 | $ 24,951.43 |
| 1/1/2019 | 11/25/2019 | 47 | 1 | 46 | $ 11.90 | 35 | 23.00 | $ 273.81 | $ 9,583.33 | 35 | 12.50 | $ 148.81 | $ 5,208.33 | $ 14,791.67 |
| | | | | 258 | | 194 | | | $ 38,650.95 | 88 | | | $ 10,482.14 | |

$49,133.10

## LIQUIDATED DAMAGES

| | | |
|---|---|---|
| 100% Of Overtime Owed | $ 49,133.10 | |

$49,133.10

## STATUTORY DAMAGES

| | Damages/ Workday | Effective Date of WTPA | Hire Date | Last Date | Weeks | Work-days/ Week | Work-days | Total Dgs | Max ($5,000) |
|---|---|---|---|---|---|---|---|---|---|
| Wage Statement Violations (NYLL 195(3) & 198) | $ 250.00 | 2/27/2015 | 11/12/2014 | 11/25/2019 | 247 | 5 | 1237 | $ 309,285.71 | $ 5,000.00 |

$5,000.00

## PRE-JUDGMENT INTEREST, 9%

| Begin | End | Midpoint | # of Years | Amount Owed | Rate | Interest Owed |
|---|---|---|---|---|---|---|
| 11/12/2014 | 3/15/2016 | 7/14/2015 | 6.87 | $ 9,390.00 | 9% | $ 5,807.74 |
| 3/16/2016 | 12/31/2018 | 8/8/2017 | 4.80 | $ 24,951.43 | 9% | $ 10,771.61 |
| 1/1/2019 | 11/25/2019 | 6/14/2019 | 2.94 | $ 14,791.67 | 9% | $ 3,916.95 |

$16,579.35

TOTAL   $119,845.55

**Pimental**

*Martinez, et al. v. Feliks & Son Storage Tank Corp., et al.,* 21-cv-03613(GRB)(JMW)
Damage Calculations In Support of Motion for Default Judgment

| From | To | Wages | Hourly Rate | OT Premium |
|---|---|---|---|---|
| 2/1/2018 | 12/31/2018 | $ 160.00 | $ 15.24 | $ 7.62 |
| 1/1/2019 | 4/15/2020 | $ 180.00 | $ 17.14 | $ 8.57 |

Today  5/20/2022

| | 6 DAY WORKWEEK | | | | 5 DAY WORKWEEK | | |
|---|---|---|---|---|---|---|---|
| | FROM | TO | HOURS | | From | To | Hours |
| MON | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| TUE | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| WED | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| THURS | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| FRI | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| SAT | 7:00 AM | 6:00 PM | 10.50 | | | | |
| | | | 63.00 | | | | 52.50 |

**UNPAID OVERTIME**

| | | | | | | 6 Day Workweeks | | | 5 Day Workweeks | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Total Weeks | Less: Weeks Off (1 Week/Year) | Weeks Worked | OT Rate | Weeks Worked 6 Days/Wk (3 out of 4 weeks) | OT Hours Worked | OT Earned | Total 6 Day Workweek OT Owed | Weeks Worked 5 Days/Wk (1 out of 4 weeks) | OT Hours Worked | OT Owed for 5 Day Workwee | Total 5 Day Workweek OT Owed | TOTAL OT (6 day OT + 5 day OT) |
| 2/1/2018 | 12/31/2018 | 48 | 1 | 47 | $ 7.62 | 35 | 23.00 | $ 175.24 | $ 6,133.33 | 12 | 12.50 | $ 95.24 | $ 1,142.86 | $ 7,276.19 |
| 1/1/2019 | 4/15/2020 | 67 | 1 | 66 | $ 8.57 | 50 | 23.00 | $ 197.14 | $ 9,857.14 | 16 | 12.50 | $ 107.14 | $ 1,714.29 | $ 11,571.43 |
| | | | | 113 | | 85 | | | $ 15,990.48 | 28 | | | $ 2,857.14 | $18,847.62 |

**LIQUIDATED DAMAGES**

| | | | |
|---|---|---|---|
| | 100% Of Overtime Owed | $ 18,847.62 | $18,847.62 |

**STATUTORY DAMAGES**

| | Damages/Workday | Effective Date of WTPA | Hire Date | Last Date | Weeks | Work-days/Week | Work-days | Total Dgs | Max ($5,000) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wage Statement Violations (NYLL 195(3) & 198) | $ 250.00 | 2/27/2015 | 2/1/2018 | 4/15/2020 | 115 | 5 | 574 | $ 143,571.43 | $ 5,000.00 | |
| Wage Notice Violations (NYLL 195(1) & 198) | $ 50.00 | 2/27/2015 | 2/1/2018 | 4/15/2020 | 115 | 5 | 574 | $ 28,714.29 | $ 5,000.00 | $10,000.00 |

**PRE-JUDGMENT INTEREST, 9%**

| Begin | End | Midpoint | # of Years | Amount Owed | Rate | Interest Owed | |
|---|---|---|---|---|---|---|---|
| 2/1/2018 | 12/31/2018 | 7/17/2018 | 3.85 | $ 7,276.19 | 9% | $ 2,523.18 | |
| 1/1/2019 | 4/15/2020 | 8/24/2019 | 2.75 | $ 11,571.43 | 9% | $ 2,861.07 | $5,384.25 |

| | TOTAL | $53,079.48 |
|---|---|---|

**Martinez** *Martinez, et al. v. Feliks & Son Storage Tank Corp., et al.,* 21-cv-03613(GRB)(JMW)
Damage Calculations In Support of Motion for Default Judgment

| From | To | Wages | Hourly Rate | OT Premium |
|---|---|---|---|---|
| 11/12/2014 | 12/31/2017 | $ 170.00 | $ 16.19 | $ 8.10 |
| 1/1/2018 | 12/24/2020 | $ 240.00 | $ 22.86 | $ 11.43 |

Today 5/11/2022

| | 6 DAY WORKWEEK | | | | 5 DAY WORKWEEK | | |
|---|---|---|---|---|---|---|---|
| | FROM | TO | HOURS | | From | To | Hours |
| MON | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| TUE | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| WED | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| THURS | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| FRI | 7:00 AM | 6:00 PM | 10.50 | | 7:00 AM | 6:00 PM | 10.50 |
| SAT | 7:00 AM | 6:00 PM | 10.50 | | | | |
| | | | 63.00 | | | | 52.50 |

### UNPAID OVERTIME

| | | | | | | 6 Day Workweeks | | | | 5 Day Workweeks | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Total Weeks | Less: Weeks Off (1 Week/Year) | Weeks Worked | OT Rate | Weeks Worked 6 Days/Wk (3 out of 4 weeks) | OT Hours Worked | OT Earned | Total 6 Day Workweek OT Owed | Weeks Worked 5 Days/Wk (1 out of 4 weeks) | OT Hours Worked | OT Owed for 5 Day Workwee | Total 5 Day Workweek OT Owed | TOTAL OT (6 day OT + 5 day OT) |
| 11/12/2014 | 12/31/2017 | 164 | 3 | 161 | $ 8.10 | 121 | 23.00 | $ 186.19 | $ 22,529.05 | 40 | 12.50 | $ 101.19 | $ 4,047.62 | $ 26,576.67 |
| 1/1/2018 | 12/24/2020 | 155 | 3 | 152 | $ 11.43 | 114 | 23.00 | $ 262.86 | $ 29,965.71 | 38 | 12.50 | $ 142.86 | $ 5,428.57 | $ 35,394.29 |
| | | | | 313 | | 235 | | | $ 52,494.76 | 78 | | | $ 9,476.19 | |

$61,970.95

### LIQUIDATED DAMAGES

100% Of Overtime Owed   $ 61,970.95

$61,970.95

### STATUTORY DAMAGES

| | Damages/ Workday | Effective Date of WTPA | Hire Date | Last Date | Weeks | Work-days/ Week | Work-days | Total Dgs | Max ($5,000) |
|---|---|---|---|---|---|---|---|---|---|
| Wage Statement Violations (NYLL 195(3) & 198) | $ 250.00 | 2/27/2015 | 11/12/2014 | 12/24/2020 | 304 | 5 | 1519 | $ 379,821.43 | $ 5,000.00 |
| Wage Notice Violations (NYLL 195(1) & 198) | | | | | | | | | |

$5,000.00

### PRE-JUDGMENT INTEREST, 9%

| Begin | End | Midpoint | # of Years | Amount Owed | Rate | Interest Owed |
|---|---|---|---|---|---|---|
| 11/12/2014 | 12/31/2017 | 6/6/2016 | 5.95 | $ 26,576.67 | 9% | $ 14,223.26 |
| 1/1/2018 | 12/24/2020 | 6/29/2019 | 2.88 | $ 35,394.29 | 9% | $ 9,162.65 |

$23,385.91

TOTAL   $152,327.81

Contreras — *Martinez, et al. v. Feliks & Son Storage Tank Corp., et al.,* 21-cv-03613(GRB)(JMW)
Damage Calculations In Support of Motion for Default Judgment

| From | To | Wages | Hourly Rate | OT Premium |
|---|---|---|---|---|
| 2/1/2017 | 3/15/2020 | $ 160.00 | $ 15.24 | $ 7.62 |
| 3/16/2020 | 12/24/2020 | $ 170.00 | $ 16.19 | $ 8.10 |

Today 5/20/2022

| | 6 DAY WORKWEEK | | | 5 DAY WORKWEEK | | |
|---|---|---|---|---|---|---|
| | FROM | TO | HOURS | From | To | Hours |
| MON | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| TUE | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| WED | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| THURS | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| FRI | 7:00 AM | 6:00 PM | 10.50 | 7:00 AM | 6:00 PM | 10.50 |
| SAT | 7:00 AM | 6:00 PM | 10.50 | | | |
| | | | 63.00 | | | 52.50 |

## UNPAID OVERTIME

| | | | | | | 6 Day Workweeks | | | 5 Day Workweeks | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Total Weeks | Less: Weeks Off (1 Week/ Year) | Weeks Worked | OT Rate | Weeks Worked 6 Days/Wk (3 out of 4 weeks) | OT Hours Worked | OT Earned | Total 6 Day Workweek OT Owed | Weeks Worked 5 Days/Wk (1 out of 4 weeks) | OT Hours Worked | OT Owed for 5 Day Workwee | Total 5 Day Workweek OT Owed | TOTAL OT (6 day OT + 5 day OT) |
| 2/1/2017 | 3/15/2020 | 163 | 3 | 160 | $ 7.62 | 120 | 23.00 | $ 175.24 | $ 21,028.57 | 40 | 12.50 | $ 95.24 | $ 3,809.52 | $ 24,838.10 |
| 3/16/2020 | 12/24/2020 | 40 | 1 | 39 | $ 8.10 | 29 | 23.00 | $ 186.19 | $ 5,399.52 | 10 | 12.50 | $ 101.19 | $ 1,011.90 | $ 6,411.43 |
| | | | | 199 | | 149 | | | $ 26,428.10 | 50 | | | $ 4,821.43 | $31,249.52 |

## LIQUIDATED DAMAGES

| | | |
|---|---|---|
| 100% Of Overtime Owed | $ 31,249.52 | $31,249.52 |

## STATUTORY DAMAGES

| | Damages/ Workday | Effective Date of WTPA | Hire Date | Last Date | Weeks | Work- days/ Week | Work- days | Total Dgs | Max ($5,000) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wage Statement Violations (NYLL 195(3) & 198) | $ 250.00 | 2/27/2015 | 2/1/2017 | 12/24/2020 | 203 | 5 | 1016 | $ 253,928.57 | $ 5,000.00 | |
| Wage Notice Violations (NYLL 195(1) & 198) | $ 50.00 | 2/27/2015 | 2/1/2017 | 3/15/2020 | 163 | 5 | 813 | $ 40,642.86 | $ 5,000.00 | $10,000.00 |

## PRE-JUDGMENT INTEREST, 9%

| Begin | End | Midpoint | # of Years | Amount Owed | Rate | Interest Owed | |
|---|---|---|---|---|---|---|---|
| 2/1/2017 | 3/15/2020 | 8/24/2018 | 3.75 | $ 24,838.10 | 9% | $ 8,382.86 | |
| 3/16/2020 | 12/24/2020 | 8/4/2020 | 1.80 | $ 6,411.43 | 9% | $ 1,035.96 | $9,418.81 |

| | | |
|---|---|---|
| | TOTAL | $81,917.86 |