**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JUAN MARTINEZ, JOSE PIMENTAL, CARLOS CONTRERAS, EFRAIN REYES, and JOWANY CASTILLO

Civil Action No. 0:21-cv-03613 (GRB) (JMW)

Plaintiff,

-*against*-

**NOTICE OF APPEARANCE**

FELIKS & SON STORAGE TANK CORP., FELIKS & SON SERVICES, LLC, and FELIKS SWIERZEWSKI

Defendants.

TO: The clerk of court and all parties of record.

The undersigned attorney, Robert Modica, is admitted to practice in this court and appears as counsel for defendant Feliks & Son Storage Tank Corp. and Feliks & Son Services, LLC.

Dated: White Plains, New York
July 8, 2022

By: /s/ Robert Modica
Robert Modica, Esq.
Coffey Modica O'Meara Capowski LLP
200 East Post Road, Suite 210
White Plains, New York 10601
(914) 205-5005
rmodica@cmocllp.com
*Attorneys for Defendants*