# Exhibit 1

| | **REPORTING WEEK:** | **12/26/15** - | **1/1/16** |
|---|---|---|---|
| | | SATURDAY | FRIDAY |

**WEEK 1**

**EFRAIN**                                    RATE      $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**          | 4 |

    **SATURDAY**     | 12/26/15 | 0 |          TOTAL DAYS          4

    **ADDITIONAL:**          +     | |

            **TOTAL FOR THIS WEEK:**          | **$560.00** |

    1/1/16 NEW YEAR   NO WORK

             paid 1/8/16

| | **REPORTING WEEK:** | - | |
|---|---|---|---|
| | | SATURDAY | FRIDAY |

**WEEK 2**

                RATE      **$140.00**

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**          | |

    **SATURDAY**     | | |          TOTAL DAYS

    **ADDITIONAL:**          +     | |

            **TOTAL FOR THIS WEEK:**          | |

| **WEEK 1** | $560.00 |
|---|---|
| **WEEK 2** | $0.00 |

            **TOTAL PAY:**          | **$560.00** |

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 1/2/16 | – | 1/9/16 |
|---|---|---|---|---|
| | | SATURDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                          RATE       $140.00

**CASH BRAKEDOWN**                                               0

WEEK DAYS WORKED          6

SATURDAY          1/2/16          0          TOTAL DAYS          6

ADDITIONAL:          +

**TOTAL FOR THIS WEEK:**                    $840.00

PAID 01/15/16

---

| | REPORTING WEEK: | | – | |
|---|---|---|---|---|
| | | SATURDAY | | FRIDAY |

**WEEK 2**
RATE       $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED

SATURDAY                              TOTAL DAYS

ADDITIONAL:          +

**TOTAL FOR THIS WEEK:**

---

| WEEK 1 | $840.00 |
|---|---|
| WEEK 2 | $0.00 |

**TOTAL PAY:**          $840.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 1/11/16 | - | 1/16/16 |
|---|---|---|---|---|
| | | SATURDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                    RATE    $140.00

**CASH BRAKEDOWN**                                    0

   **WEEK DAYS WORKED**    [ 5 ]

   **SATURDAY**    [ 11/16/16 ] [ 0 ]    TOTAL DAYS    5

   **ADDITIONAL:**    +    [        ]

        **TOTAL FOR THIS WEEK:**    [ **$700.00** ]

paid More 1/15/16  $ 500.00      $ 700.00- $ 500.00 = $ 200.00

| | REPORTING WEEK: | | - | |
|---|---|---|---|---|
| | | SATURDAY | | FRIDAY |

**WEEK 2**
        RATE    **$140.00**

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**    [        ]

   **SATURDAY**    [        ]    TOTAL DAYS

   **ADDITIONAL:**    +    [        ]

        **TOTAL FOR THIS WEEK:**    [        ]

| | |
|---|---|
| **WEEK 1** | **$700.00** |
| **WEEK 2** | **$0.00** |

        **TOTAL PAY:**    [ **$700.00** ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:**     1/25/16   –   1/30/16

                                                            MONDAY                          SATURDAY

**WEEK 1**
**EFRAIN**                          RATE      $140.00

**CASH BRAKEDOWN**                                                          0

    **WEEK DAYS WORKED**          2

    **SATURDAY**      1/30/16     1           **TOTAL DAYS**      3

    **ADDITIONAL:**          +

        **TOTAL FOR THIS WEEK:**          **$420.00**

NO WORK   FROM 01/18/16  - 01/23/16  6 DAYS

NO WORK   01/25/16,  01/26/1601/29/16 - 3 DAYS

**REPORTING WEEK:**     2/1/16   –   2/5/16

                                                            MONDAY                          FRIDAY

**WEEK 2**
                                   RATE      $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**          4

    **SATURDAY**                        **TOTAL DAYS**      4

    **ADDITIONAL:**          +

        **TOTAL FOR THIS WEEK:**          **$560.00**

| WEEK 1 | $420.00 |
| WEEK 2 | $560.00 |

**TOTAL PAY:**          **$980.00**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 2/6/16 | - | 2/13/16 |
|---|---|---|---|
| | SATURDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                          RATE      $140.00

**CASH BRAKEDOWN**                                                    0

| | | |
|---|---|---|
| **WEEK DAYS WORKED** | | |
| **SATURDAY** | 2/6/16 | 0 |
| **ADDITIONAL:** | + | |

| | TOTAL DAYS | 0 |
|---|---|---|

**TOTAL FOR THIS WEEK:**        $0.00

2/6/16 - 2/13/16 ———- 7 DAYS    NO WORK

---

| REPORTING WEEK: | 2/15/16 | - | 2/20/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 2**
                                RATE      $140.00

**CASH BRAKEDOWN**

| | | |
|---|---|---|
| **WEEK DAYS WORKED** | 2 | |
| **SATURDAY** | | |
| **ADDITIONAL:** | + | |

| | TOTAL DAYS | 2 |
|---|---|---|

**TOTAL FOR THIS WEEK:**        $280.00

Uzupelnic

---

| WEEK 1 | $0.00 |
|---|---|
| WEEK 2 | $280.00 |

**TOTAL PAY:**        $280.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

REPORTING WEEK: | 2/6/16 | - | 2/20/16
| SATURDAY | | SATURDAY

**WEEK 1**
**EFRAIN**                          RATE        $140.00

**CASH BRAKEDOWN**                                                    0

    **WEEK DAYS WORKED**        2

    **SATURDAY**                0          TOTAL DAYS        2

    **ADDITIONAL:**        +

        **TOTAL FOR THIS WEEK:**        **$280.00**

2/6/16 -  2/13/16  ———— 7 DAYS   NO WORK
2/15/16 – 2/20/16 -----        4 DAYS NO WORK

---

REPORTING WEEK: | 2/22/16 | - | 2/26/16
| MONDAY | | FRIDAY

**WEEK 2**
        RATE        $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**        4

    **SATURDAY**                          TOTAL DAYS        4

    **ADDITIONAL:**        +

        **TOTAL FOR THIS WEEK:**        **$560.00**

02/15/16 —02/20/16  4 DAYS NO WORK

---

| **WEEK 1** | **$280.00** |
| **WEEK 2** | **$560.00** |

        **TOTAL PAY:**        **$840.00**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 2/27/16 | - | 3/5/16 |
|---|---|---|---|---|
| | | SATURDAY [1] | | SATURDAY |

**WEEK 1**
**EFRAIN**                          RATE     $140.00

**CASH BRAKEDOWN**                                                          0

   **WEEK DAYS WORKED**          | 2 |

   **SATURDAY**     | 2/27/16 | 0 |        TOTAL DAYS     | 2 |

   **ADDITIONAL:**          +      | |

          **TOTAL FOR THIS WEEK:**          | **$280.00** |

3/2/2016  3/3/16  3/4/16  3/5/16    NO WORK

| | REPORTING WEEK: | 3/7/16 | - | 3/11/16 |
|---|---|---|---|---|
| | | MONDAY | | FRIDAY |

**WEEK 2**
                                    RATE     $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**          | 5 |

   **SATURDAY**     | |        TOTAL DAYS     | 5 |

   **ADDITIONAL:**          +      | |

          **TOTAL FOR THIS WEEK:**          | **$700.00** |

| **WEEK 1** | **$280.00** |
|---|---|
| **WEEK 2** | **$700.00** |

| **$980.00** |
|---|

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 3/14/16 | - | 3/19/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                    RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED       [ 4 ]

SATURDAY    [ 3/19/16 ]          TOTAL DAYS        4

ADDITIONAL:      +    [      ]

TOTAL FOR THIS WEEK:          [ $560.00 ]

3/14/16   3/19/16   NO WORK - 2 DAYS

| REPORTING WEEK: | 2/21/16 | - | 3/25/16 |
|---|---|---|---|
| | MONDAY | | FRIDAY |

**WEEK 2**
                             RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED       [ 2 ]

SATURDAY    [       ]          TOTAL DAYS        2

ADDITIONAL:      +    [      ]

TOTAL FOR THIS WEEK:          [ $280.00 ]

FELIKS gives 3/24/16  $ 100.00   $ 280.00 - $ 100.00 = $ 180.00  3/25/16 PAID

WEEK 1

WEEK 2

[                    ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 3/26/16 | - | 4/2/16 |
|---|---|---|---|---|
| | | SATURDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                                    RATE        $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**        [       ]

   **SATURDAY**        3/26/16   [ 0 ]        TOTAL DAYS

   **ADDITIONAL:**        +   [       ]

        **TOTAL FOR THIS WEEK:**        [       ]

All week no work

---

| | REPORTING WEEK: | 4/4/16 | - | 4/8/16 |
|---|---|---|---|---|
| | | MONDAY | | FRIDAY |

**WEEK 2**
                                             RATE        $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**        [ 4 ]

   **SATURDAY**        [       ]        TOTAL DAYS        4

   **ADDITIONAL:**        +   [       ]

        **TOTAL FOR THIS WEEK:**        [ $560.00 ]

4/4/16 no work

---

| WEEK 1 | $560.00 |
|---|---|
| WEEK 2 | |

[ $560.00 ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 4/9/16 | - | 4/16/16 |
|---|---|---|---|
| | SATURDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                     RATE      $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**    [ 5 ]

    **SATURDAY**    [ 4/9/16 ] [ 0 ]      TOTAL DAYS    [ 5 ]

    **ADDITIONAL:**    +    [ ]

        **TOTAL FOR THIS WEEK:**    [ **$700.00** ]

---

4/15/16  NO WORK

---

| REPORTING WEEK: | | - | |
|---|---|---|---|
| | MONDAY | | FRIDAY |

**WEEK 2**
RATE      $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**    [ ]

    **SATURDAY**    [ ] [ ]      TOTAL DAYS    [ ]

    **ADDITIONAL:**    +    [ ]

        **TOTAL FOR THIS WEEK:**    [ ]

---

| **WEEK 1** | |
|---|---|
| **WEEK 2** | [ ] |

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 4/18/16 | - | 4/23/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                          RATE     $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED      5

SATURDAY    4/23/16    1         TOTAL DAYS      6

ADDITIONAL:       +

TOTAL FOR THIS WEEK:        $840.00

---

| REPORTING WEEK: | 4/25/16 | - | 4/29/16 |
|---|---|---|---|
| | MONDAY | | FRIDAY |

**WEEK 2**
                              RATE     $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED      5

SATURDAY                          TOTAL DAYS      5

ADDITIONAL:       +

TOTAL FOR THIS WEEK:        $700.00

---

| WEEK 1 | $840.00 |
|---|---|
| WEEK 2 | $700.00 |

$1,540.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 4/30/16 | – | 5/6/16 |
|---|---|---|---|
| | SATURDAY | | FRIDAY |

**WEEK 1**
**EFRAIN**                              RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED       [ 5 ]

SATURDAY   [ 4/30/16 ] [ 1 ]        TOTAL DAYS      [ 6 ]

ADDITIONAL:        +      [   ]

TOTAL FOR THIS WEEK:          [ $840.00 ]

---

| REPORTING WEEK: | | – | |
|---|---|---|---|
| | MONDAY | | FRIDAY |

**WEEK 2**
                                         RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED       [   ]

SATURDAY   [   ] [   ]        TOTAL DAYS      [   ]

ADDITIONAL:        +      [   ]

TOTAL FOR THIS WEEK:          [   ]

---

| WEEK 1 | $840.00 |
|---|---|
| WEEK 2 | |

[ $840.00 ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 5/7/16 | - | 5/13/16 |
|---|---|---|---|---|
| | | SATURDAY | | FRIDAY |

**WEEK 1**
**EFRAIN**                                  RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED        [ 4 ]

SATURDAY     [ 5/7/16 ]  [ 1 ]          TOTAL DAYS     5

ADDITIONAL:        +     [   ]

TOTAL FOR THIS WEEK:              [ $700.00 ]

5/09/16 Day Off

---

| | REPORTING WEEK: | 5/14/16 | - | 5/20/16 |
|---|---|---|---|---|
| | | SATURDAY | | FRIDAY |

**WEEK 2**
                                           RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED        [ 5 ]

SATURDAY     [ 5/14/16 ]  [ 0 ]         TOTAL DAYS     5

ADDITIONAL:        +     [   ]

TOTAL FOR THIS WEEK:              [ $700.00 ]

5/14/16 day off

---

| WEEK 1 | $700.00 |
|---|---|
| WEEK 2 | $700.00 |

                                   [ $1,400.00 ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 5/21/16 | - | 5/27/16 |
|---|---|---|---|
| | SATURDAY | | FRIDAY |

**WEEK 1**
**EFRAIN**                        RATE      $140.00

**CASH BRAKEDOWN**

| | | |
|---|---|---|
| WEEK DAYS WORKED | 4 | |
| SATURDAY  7/21/16 | 0 | TOTAL DAYS    4 |
| ADDITIONAL:  + | | |

**TOTAL FOR THIS WEEK:**          $560.00

5/23/16 Day Off

---

| REPORTING WEEK: | | - | |
|---|---|---|---|
| | SATURDAY | | FRIDAY |

**WEEK 2**
                                 RATE    $140.00

**CASH BRAKEDOWN**

| | | |
|---|---|---|
| WEEK DAYS WORKED | | |
| SATURDAY | | TOTAL DAYS |
| ADDITIONAL:  + | | |

**TOTAL FOR THIS WEEK:**

5/14/16 day off

---

| WEEK 1 | $560.00 |
|---|---|
| WEEK 2 | |

$560.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | | REPORTING WEEK: | **5/28/16** | **-** | 6/4/16 |
|---|---|---|---|---|---|
| | | | SATURDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                                    RATE        $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**         [ 4 ]

    **SATURDAY**      [ 5/28/16 ] [ 1 ]        TOTAL DAYS      5

    **ADDITIONAL:**       +    [    ]

        **TOTAL FOR THIS WEEK:**        [ **$700.00** ]

5/30/16/ DAY OFF ( MEMORIAL DAY ) 5/31/ 16 Day Off

---

| | | REPORTING WEEK: | | - | |
|---|---|---|---|---|---|
| | | | SATURDAY | | FRIDAY |

**WEEK 2**
                                            RATE        $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**         [    ]

    **SATURDAY**      [       ] [    ]        TOTAL DAYS

    **ADDITIONAL:**       +    [    ]

        **TOTAL FOR THIS WEEK:**        [    ]

---

| **WEEK 1** | **$700.00** |
|---|---|
| **WEEK 2** | $0.00 |

        **TOTAL PAY:**    [ **$700.00** ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 6/6/16 | - | 6/11/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 1**

**EFRAIN**                                    RATE        $140.00

**CASH BRAKEDOWN**

    WEEK DAYS WORKED        [ 4 ]

    SATURDAY    [ 6/11/16  0 ]        TOTAL DAYS     4

    ADDITIONAL:        +    [ ]

        **TOTAL FOR THIS WEEK:**        **$560.00**

6/6/16  6/11/16  NO WORK

| REPORTING WEEK: | 6/13/16 | - | 6/18/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 2**

RATE        **$140.00**

**CASH BRAKEDOWN**

    WEEK DAYS WORKED        [ 5 ]

    SATURDAY    [ 6/18/16  0 ]        TOTAL DAYS     5

    ADDITIONAL:        +    [ ]

        **TOTAL FOR THIS WEEK:**        **$700.00**

6/18/16  NO WORK

| WEEK 1 | $560.00 |
|---|---|
| WEEK 2 | $700.00 |

**TOTAL PAY:**        **$1,260.00**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:** | 6/20/16 | - | 6/25/16
MONDAY | SATURDAY

**WEEK 1**
**EFRAIN**                                    RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED          | 4 |

SATURDAY    | 6/25/16 | 1 |          TOTAL DAYS        5

ADDITIONAL:              +      |      |

TOTAL FOR THIS WEEK:              | **$700.00** |

6/23/16   NO WORK

---

**REPORTING WEEK:** | 6/27/16 | - | 7/2/16
MONDAY | SATURDAY

**WEEK 2**
                                   RATE      $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED          | 5 |

SATURDAY    | 7/2/16 | 1 |          TOTAL DAYS        5

ADDITIONAL:              +      |      |

TOTAL FOR THIS WEEK:              | **$700.00** |

6/27/16  NO WORK

---

WEEK 1          $700.00

WEEK 2          $700.00

**TOTAL PAY:**          | **$1,400.00** |

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 7/4/16 | - | 7/9/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                                    RATE        $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**          3

   **SATURDAY**     7/9/16     1          TOTAL DAYS          4

   **ADDITIONAL:**        +

                    **TOTAL FOR THIS WEEK:**          $560.00

7/4/16  NO work  INDEPENDENT DAY HOLY DAY
                    7/7/16  2 h x 17.50  = 35.00

| REPORTING WEEK: | 7/11/16 | - | 7/15/16 |
|---|---|---|---|
| | MONDAY | | FRIDAY |

**WEEK 2**
                          RATE        $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**          4

   **SATURDAY**                          TOTAL DAYS          4

   **ADDITIONAL:**        +

                    **TOTAL FOR THIS WEEK:**          $560.00

                    7/.11/16  NO  WORK

| **WEEK 1** | $595.00 |
|---|---|
| **WEEK 2** | $560.00 |

                    **TOTAL PAY:**          $1,155.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:**     **7/16/16** -     **7/22/16**

SATURDAY                 FRIDAY

**WEEK 1**
**EFRAIN**                    RATE     $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**     4

    **SATURDAY**     7/16/16     1          TOTAL DAYS     4

    **ADDITIONAL:**     +

        **TOTAL FOR THIS WEEK:**          $700.00

7/18/16 no work

**REPORTING WEEK:**               -

MONDAY                 FRIDAY

**WEEK 2**
                          RATE     $140.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**

    **SATURDAY**                    TOTAL DAYS

    **ADDITIONAL:**     +

        **TOTAL FOR THIS WEEK:**

From 7/23/16  no work

| WEEK 1 | $700.00 |
| WEEK 2 | $0.00 |

**TOTAL PAY:**     $700.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 8/17/16 | - | 8/19/16 |
|---|---|---|---|
| | WEDNESDAY | | FRIDAY |

**WEEK 1**

**EFRAIN**                                    RATE        $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED        [ 3 ]

SATURDAY         [          ]            TOTAL DAYS        3

ADDITIONAL:        +    [          ]

TOTAL FOR THIS WEEK:        **$420.00**

PAID 8/19/16

| REPORTING WEEK: | | - | |
|---|---|---|---|
| | MONDAY | | FRIDAY |

**WEEK 2**

RATE        **$140.00**

**CASH BRAKEDOWN**

WEEK DAYS WORKED        [          ]

SATURDAY         [          ]            TOTAL DAYS        [          ]

ADDITIONAL:        +    [          ]

TOTAL FOR THIS WEEK:        [          ]

| WEEK 1 | $420.00 |
|---|---|
| WEEK 2 | $0.00 |

TOTAL PAY:        **$420.00**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 8/22/16 | - | 8/27/16 |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                          RATE       $140.00

**CASH BRAKEDOWN**

    WEEK DAYS WORKED            [ 5 ]

    SATURDAY      [ 8/27/16 ]  [ 1 ]        TOTAL DAYS        6

    ADDITIONAL:        +     [       ]

        TOTAL FOR THIS WEEK:            **$840.00**

PAID  9/2/16

| | REPORTING WEEK: | | - | |
|---|---|---|---|---|
| | | MONDAY | | FRIDAY |

**WEEK 2**
                          RATE       **$140.00**

**CASH BRAKEDOWN**

    WEEK DAYS WORKED            [       ]

    SATURDAY      [       ]        TOTAL DAYS

    ADDITIONAL:        +     [       ]

        TOTAL FOR THIS WEEK:            [       ]

| WEEK 1 | $840.00 |
|---|---|
| WEEK 2 | $0.00 |

        **TOTAL PAY:**       **$840.00**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | **REPORTING WEEK:** | **8/29/16** | - | **9/3/16** |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                                          RATE        $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**      | 4 |

   **SATURDAY**      9/3/16 | 1 |          TOTAL DAYS        **5**

   **ADDITIONAL:**        +   | |

     **TOTAL FOR THIS WEEK:**              | **$700.00** |

8/29/16   NO WORK

---

| | **REPORTING WEEK:** | **9/5/16** | - | **9/10/16** |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 2**
RATE        $140.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**      | 4 |

   **SATURDAY**      9/10/16 | 1 |          TOTAL DAYS        **5**

   **ADDITIONAL:**        +   | |

     **TOTAL FOR THIS WEEK:**              | **$700.00** |

9/5/16   DAY OFF  LABOR DAY

---

| **WEEK 1** | $700.00 |
|---|---|
| **WEEK 2** | $700.00 |

     **TOTAL PAY:**        | **$1,400.00** |

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| REPORTING WEEK: | 9/12/16 | - | 9/17/16 |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                                    RATE        $140.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED          [    ]

SATURDAY        9/17/16    [    ]          TOTAL DAYS        5

ADDITIONAL:        +        [    ]

TOTAL FOR THIS WEEK:        [    ]

---

| REPORTING WEEK: | | - | |
|---|---|---|---|
| | MONDAY | | SATURDAY |

**WEEK 2**
                                              RATE        **$140.00**

**CASH BRAKEDOWN**

WEEK DAYS WORKED          [    ]

SATURDAY        [    ]          TOTAL DAYS

ADDITIONAL:        +        [    ]

TOTAL FOR THIS WEEK:        [    ]

---

WEEK 1

WEEK 2                        $0.00

TOTAL PAY:        [    ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

REPORTING WEEK: **9/19/16** - **9/24/16**
                                          MONDAY                SATURDAY

**WEEK 1**
**EFRAIN**                          RATE      $150.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**          4

   **SATURDAY**      9/24/16      1          TOTAL DAYS      5

   **ADDITIONAL:**      +

          **TOTAL FOR THIS WEEK:**          $750.00

          9/19/16 No  work Rain

REPORTING WEEK:
                                          MONDAY                SATURDAY

**WEEK 2**
                                    RATE      $150.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**

   **SATURDAY**                              TOTAL DAYS

   **ADDITIONAL:**      +

          **TOTAL FOR THIS WEEK:**

   **WEEK 1**

   **WEEK 2**

          **TOTAL PAY:**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

REPORTING WEEK:   **9/26/16** - 10/1/16
MONDAY                        SATURDAY

**WEEK 1**
**EFRAIN**                          RATE      $150.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED          [ 4 ]

SATURDAY   [ 10/1/16 ] [ 0 ]          TOTAL DAYS      4

ADDITIONAL:          +      [    ]

TOTAL FOR THIS WEEK:          [ **$600.00** ]

9/27/16  No  work

REPORTING WEEK:      [    ] - [    ]
MONDAY          SATURDAY

**WEEK 2**
RATE      **$150.00**

**CASH BRAKEDOWN**

WEEK DAYS WORKED          [    ]

SATURDAY   [    ] [    ]          TOTAL DAYS

ADDITIONAL:          +      [    ]

TOTAL FOR THIS WEEK:          [    ]

WEEK 1  [    ]

WEEK 2  [    ]

TOTAL PAY:      [    ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:** | **10/3/16** - **10/8/16**
MONDAY | SATURDAY

**WEEK 1**
**EFRAIN**                                    RATE        $150.00

**CASH BRAKEDOWN**

**WEEK DAYS WORKED**          5

**SATURDAY**     10/8/16     0          TOTAL DAYS          5

**ADDITIONAL:**        +

**TOTAL FOR THIS WEEK:**          $750.00

10/8/16   NO WORK

10/6/16  Paid  $ 750.00

---

**REPORTING WEEK:** | **10/10/16** - **10/15/16**
MONDAY | SATURDAY

**WEEK 2**
                                            RATE        $150.00

**CASH BRAKEDOWN**

**WEEK DAYS WORKED**          5

**SATURDAY**     10/15/16     0          TOTAL DAYS          5

**ADDITIONAL:**        +

**TOTAL FOR THIS WEEK:**          $750.00

---

**WEEK 1**

**WEEK 2**          $750.00

**TOTAL PAY:**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:**   **10/17/16** – **10/22/16**
MONDAY   SATURDAY

**WEEK 1**
**EFRAIN**   RATE   $150.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED   5

SATURDAY   10/22/16   0   TOTAL DAYS   5

ADDITIONAL:   +

TOTAL FOR THIS WEEK:   $750.00

FELIKS PAID $ 500.00   10/29/16

**REPORTING WEEK:**   **10/24/16** – **10/29/16**
MONDAY   SATURDAY

**WEEK 2**
RATE   $150.00

**CASH BRAKEDOWN**

WEEK DAYS WORKED   4

SATURDAY   10/29/16   1   TOTAL DAYS   5

ADDITIONAL:   +

TOTAL FOR THIS WEEK:   $750.00

10/24/16   NO WORK

WEEK 1   $250.00

WEEK 2   $750.00

TOTAL PAY:   $1,000.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 10/31/16 | – | 11/5/16 |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**                              RATE     $150.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**         `4`

    **SATURDAY**    `11/5/16`  `0`        TOTAL DAYS        `4`

    **ADDITIONAL:**        +      `____`

        **TOTAL FOR THIS WEEK:**             `$600.00`

10/31/16 11/5/16 NO WORK   2 DAYS

---

| | REPORTING WEEK: | 11/7/16 | – | 11/12/16 |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 2**
                                    RATE     **$150.00**

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**         `2`

    **SATURDAY**    `11/12/16`  `0`       TOTAL DAYS        `2`

    **ADDITIONAL:**        +      `____`

        **TOTAL FOR THIS WEEK:**             `$300.00`

11/7/16 , 11/8/16 , 11/9/16 , 11/12/16  NO WORK  4 DAYS

---

| WEEK 1 | $600.00 |
|---|---|
| WEEK 2 | $300.00 |

                                               **$900.00**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:**     11/14/16  -  11/18/16

MONDAY                 FRIDAY

**WEEK 1**

**EFRAIN**                                    RATE        $150.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**          5

    **SATURDAY**        1/1/00     0          TOTAL DAYS        5

    **ADDITIONAL:**          +

        **TOTAL FOR THIS WEEK:**          $750.00

---

**REPORTING WEEK:**

MONDAY                 SATURDAY

**WEEK 2**

    RATE        $150.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**

    **SATURDAY**                         TOTAL DAYS

    **ADDITIONAL:**          +

        **TOTAL FOR THIS WEEK:**

---

    **WEEK 1**

    **WEEK 2**

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:**        11/19/16    -    11/26/16
                          FRIDAY            SATURDAY

**WEEK 1**
**EFRAIN**                        RATE    $150.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**        2

   **SATURDAY**    11/19/16    0        TOTAL DAYS    2

   **ADDITIONAL:**    +    

                **TOTAL FOR THIS WEEK:**        $300.00

4 days  no work    11/21/16  11/24/16  11/25/16  11/26/16

---

**REPORTING WEEK:**        11/28/16    -    12/3/16
                          MONDAY            SATURDAY

**WEEK 2**
                                 RATE    $150.00

**CASH BRAKEDOWN**

   **WEEK DAYS WORKED**        5

   **SATURDAY**    12/3/16    0        TOTAL DAYS    5

   **ADDITIONAL:**    +    

                **TOTAL FOR THIS WEEK:**        $750.00

---

   **WEEK 1**        $300.00

   **WEEK 2**        $750.00                $1,050.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | | REPORTING WEEK: | 12/5/16 | - | 12/9/16 |
|---|---|---|---|---|---|
| | | | MONDAY | | FRIDAY |

**WEEK 1**
**EFRAIN**                              RATE        $150.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**          5

    **SATURDAY**                0            TOTAL DAYS            5

    **ADDITIONAL:**        +

        **TOTAL FOR THIS WEEK:**            $750.00

---

| | | REPORTING WEEK: | | - | |
|---|---|---|---|---|---|
| | | | MONDAY | | SATURDAY |

**WEEK 2**
                                   RATE        $150.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**

    **SATURDAY**                0            TOTAL DAYS

    **ADDITIONAL:**        +

        **TOTAL FOR THIS WEEK:**

---

    **WEEK 1**            $750.00

    **WEEK 2**

                                        $750.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

| | REPORTING WEEK: | 12/5/16 | - | 12/10/16 |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 1**

**EFRAIN**                    RATE        $150.00

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**        [ 5 ]

    **SATURDAY**    [ 12/10/16 ]  [ 0 ]        TOTAL DAYS        **5**

    **ADDITIONAL:**        +    [        ]

        **TOTAL FOR THIS WEEK:**        [ **$750.00** ]

---

| | REPORTING WEEK: | 12/12/16 | - | 12/17/16 |
|---|---|---|---|---|
| | | MONDAY | | SATURDAY |

**WEEK 2**

        RATE        **$150.00**

**CASH BRAKEDOWN**

    **WEEK DAYS WORKED**        [ 3 ]

    **SATURDAY**    [ 12/17/16 ]  [ 0 ]        TOTAL DAYS        **3**

    **ADDITIONAL:**        +    [        ]

        **TOTAL FOR THIS WEEK:**        [ **$450.00** ]

PAID 2 WEEKS ...............................

| WEEK 1 | $750.00 |
|---|---|
| WEEK 2 | $450.00 |

[ **$1,200.00** ]

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE

**REPORTING WEEK:**  | 12/19/16 | - | 12/24/16 |
| MONDAY | | SATURDAY |

**WEEK 1**
**EFRAIN**

RATE          $150.00

**CASH BRAKEDOWN**

| | | |
|---|---|---|
| **WEEK DAYS WORKED** | | 3 |
| **SATURDAY** 12/24/16 | | 0 |
| **ADDITIONAL:** | + | |

TOTAL DAYS          3

**TOTAL FOR THIS WEEK:**          $450.00

---

**REPORTING WEEK:**  | 12/26/16 | - | 12/30/16 |
| MONDAY | | FRIDAY |

**WEEK 2**

RATE          $150.00

**CASH BRAKEDOWN**

| | | |
|---|---|---|
| **WEEK DAYS WORKED** | | 4 |
| **SATURDAY** | | 0 |
| **ADDITIONAL:** | + | |

TOTAL DAYS          4

**TOTAL FOR THIS WEEK:**          $600.00

---

| WEEK 1 | $450.00 |
| WEEK 2 | $600.00 |

$1,050.00

PLEASE CHECK IF THE TOTAL AMOUNT WRITTEN IN THIS SECTION IS CORRECT TO THE AMOUNT GIVEN TO YOU IN ENVELOPE