# Department of State
## Division of Corporations

## Entity Filing History

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** FELIKS & SON STORAGE TANK CORPORATION
**DOS ID:** 2494827
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 04/04/2000
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/04/2000
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** NASSAU
**NEXT STATEMENT DUE DATE:** 04/30/2016
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | **FILING HISTORY** | MERGER HISTORY | ASSUMED NAME HISTORY

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 07/03/2014 | 32 | BIENNIAL STATEMENT | | 1 | 140703002105 |
| 05/22/2012 | 32 | BIENNIAL STATEMENT | | 1 | 120522002147 |
| 04/29/2010 | 32 | BIENNIAL STATEMENT | | 1 | 100429003351 |
| 04/09/2008 | 32 | BIENNIAL STATEMENT | | 1 | 080409002548 |
| 04/14/2006 | 32 | BIENNIAL STATEMENT | | 2 | 060414002437 |

Rows per page: 5    1-5 of 8

# EXHIBIT 2