# Department of State
## Division of Corporations

EXHIBIT 3

## Entity Information

[ Return to Results ]   [ Return to Search ]

### Entity Details

**ENTITY NAME:** FELIKS & SON SERVICES LLC

**DOS ID:** 4509211

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 01/07/2014

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 01/07/2014

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** NASSAU

**NEXT STATEMENT DUE DATE:** 01/31/2022

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

#### Service of Process Name and Address

**Name:** THE LLC

**Address:** 191 TULIP AVENUE, FLORAL PARK, NY, UNITED STATES, 11001

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

#### Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |