# Department of State
## Division of Corporations

## Entity Filing History

Return to Results    Return to Search

## Entity Details

**ENTITY NAME:** FELIKS & SON STORAGE TANK CORPORATION
**DOS ID:** 2494827
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 04/04/2000
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/04/2000
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** NASSAU
**NEXT STATEMENT DUE DATE:** 04/30/2016
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | **NAME HISTORY** | **FILING HISTORY** | **MERGER HISTORY** | **ASSUMED NAME HISTORY**

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 07/03/2014 | 32 | BIENNIAL STATEMENT | | 1 | 140703002105 |
| 05/22/2012 | 32 | BIENNIAL STATEMENT | | 1 | 120522002147 |
| 04/29/2010 | 32 | BIENNIAL STATEMENT | | 1 | 100429003351 |
| 04/09/2008 | 32 | BIENNIAL STATEMENT | | 1 | 080409002548 |
| 04/14/2006 | 32 | BIENNIAL STATEMENT | | 2 | 060414002437 |
| 04/21/2004 | 32 | BIENNIAL STATEMENT | | 2 | 040421002583 |
| 05/01/2002 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 2 | 020501002225 |
| 04/04/2000 | 01 | CERTIFICATE OF INCORPORATION | | 3 | 000404000800 |

Rows per page: 10    1-8 of 8

# EXHIBIT 4