# Department of State
## Division of Corporations

## Entity Filing History

Return to Results     Return to Search

### Entity Details

**ENTITY NAME:** FELIKS & SON SERVICES LLC  
**DOS ID:** 4509211  
**FOREIGN LEGAL NAME:**  
**FICTITIOUS NAME:**  
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY  
**DURATION DATE/LATEST DATE OF DISSOLUTION:**  
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW  
**ENTITY STATUS:** ACTIVE  
**DATE OF INITIAL DOS FILING:** 01/07/2014  
**REASON FOR STATUS:**  
**EFFECTIVE DATE INITIAL FILING:** 01/07/2014  
**INACTIVE DATE:**  
**FOREIGN FORMATION DATE:**  
**STATEMENT STATUS:** CURRENT  
**COUNTY:** NASSAU  
**NEXT STATEMENT DUE DATE:** 01/31/2022  
**JURISDICTION:** NEW YORK, UNITED STATES  
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | **FILING HISTORY** | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 12/14/2021 | 32 | BIENNIAL STATEMENT | SERVICE OF PROCESS | 1 | 211214002498 |
| 07/30/2014 | 49 | CERTIFICATE OF PUBLICATION | | 5 | 140730000186 |
| 01/07/2014 | 01 | ARTICLES OF ORGANIZATION | | 3 | 140107000152 |

Rows per page: 5     1-3 of 3

# EXHIBIT 5