**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE

DATE:  01/25/2023
TIME:   4:00 PM
☐ **SEALED PROCEEDING**

<u>**CIVIL CAUSE FOR INITIAL CONFERENCE**</u>
**CASE:  2:21-cv-03613-GRB-JMW-Martinez et al. v. Feliks & Son Storage Tank Corp. et al.**

APPEARANCES:

|  |  |
|---|---|
| For Plaintiff: | <u>Steven John Moser</u> |
| For Defendant: | <u>Vincent Mantella Avery</u> |

Court Reporter/FTR:                4:02–4:06 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒     Initial Conference held. The parties having expressed a desire to reach an amicable resolution of this case and seek to be referred to mediation forthwith.  This case is referred to the EDNY FLSA Mediation Panel. For assistance with any questions about the mediation process or the selection of a mediator, counsel are invited to contact the EDNY ADR Administrator Danielle Shalov  at (718) 613-2578.  The selection of the Mediator shall be done by February 27, 2023. Mediation shall be complete by March 31, 2023.  The parties are directed to file a joint status letter on or before April 14, 2023.

☒      The parties advised they would like to exchange discovery simultaneously with such referral. Accordingly, the discovery shall be completed as set forth in the Scheduling Order which is attached as DE [39].

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/James M. Wicks
JAMES M. WICKS
United States Magistrate Judge