

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 13, 2023

**VIA ECF**

Hon. James M. Wicks, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Martinez v Feliks & Son Storage Tank Corp,* Case No. 21-cv-03613(GRB)(JMW)

Dear Judge Wicks:

      I represent the Plaintiffs in the above referenced FLSA matter. I write with the consent of counsel for the Defendants. The matter has been settled, subject to Court approval, and the current deadline for submission of a Cheeks motion is Friday, October 12, 2023. The parties have finalized the terms of the proposed settlement agreement and respectfully request an extension of the date to submit the Cheeks motion by Friday, October 27, 2023.

      Respectfully Submitted,

      *Steven J. Moser*

      Steven J. Moser

CC:    All counsel of record via ECF