MARTINEZ V. FELIKS & SON DEFAULT CALCULATIONS
PREPARED BY: MOSER LAW FIRM, PC ON BEHALF OF PLAINTIFFS

| Name | From | To | Total Weeks | Less: Weeks Off | #Wk Weeks | Wages | 5 Day Workweeks ||||||| 6 Day Workweeks ||||||| TOTAL OVERTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | #Wk Weeks | Avg Hrs/Wk | Wages | Reg Rate | 1/2 Time Rate | OT Hrs | OT Pay Owed/Week | OT Owed | #Wk Weeks | Avg Hrs/Wk | Wages | Reg Rate | 1/2 Time Rate | OT Hrs | OT Pay Owed/Week | OT Owed | |
| Juan Martinez | | | 0 | 0 | 0 | 170 | 0 | 52.5 | 850.00 | 16.19 | 8.10 | 12.5 | 101.19 | - | 0 | 63 | 1,020.00 | 16.19 | 8.10 | 23 | 186.19 | - | $ 29,572.86 |
| | 6/28/18 | 12/24/20 | 130 | 3 | 127 | 240 | 32 | 52.5 | 1,200.00 | 22.86 | 11.43 | 12.5 | 142.86 | 4,535.71 | 95 | 63 | 1,440.00 | 22.86 | 11.43 | 23 | 262.86 | 25,037.14 | |
| Jose Pimental | 6/28/18 | 12/31/18 | 27 | 1 | 26 | 160 | 7 | 52.5 | 800.00 | 15.24 | 7.62 | 12.5 | 95.24 | 619.05 | 20 | 63 | 960.00 | 15.24 | 7.62 | 23 | 175.24 | 3,417.14 | $ 15,562.62 |
| | 1/1/19 | 4/15/20 | 67 | 1 | 66 | 180 | 17 | 52.5 | 900.00 | 17.14 | 8.57 | 12.5 | 107.14 | 1,767.86 | 50 | 63 | 1,080.00 | 17.14 | 8.57 | 23 | 197.14 | 9,758.57 | |
| Carlos Contreras | 6/28/18 | 3/15/20 | 89 | 2 | 87 | 160 | 22 | 52.5 | 800.00 | 15.24 | 7.62 | 12.5 | 95.24 | 2,071.43 | 65 | 63 | 960.00 | 15.24 | 7.62 | 23 | 175.24 | 11,434.29 | $ 19,938.39 |
| | 3/16/20 | 12/24/20 | 40 | 1 | 39 | 170 | 10 | 52.5 | 850.00 | 16.19 | 8.10 | 12.5 | 101.19 | 986.61 | 29 | 63 | 1,020.00 | 16.19 | 8.10 | 23 | 186.19 | 5,446.07 | |
| Efrain Reyes | | | 0 | 0 | 0 | 140 | 0 | 52.5 | 700.00 | 13.33 | 6.67 | 12.5 | 83.33 | - | 0 | 63 | 840.00 | 13.33 | 6.67 | 23 | 153.33 | - | $ 15,698.45 |
| | 6/28/18 | 12/31/18 | 27 | 1 | 26 | 180 | 7 | 52.5 | 900.00 | 17.14 | 8.57 | 12.5 | 107.14 | 696.43 | 20 | 63 | 1,080.00 | 17.14 | 8.57 | 23 | 197.14 | 3,844.29 | |
| | 1/1/19 | 11/25/19 | 47 | 1 | 46 | 250 | 12 | 52.5 | 1,250.00 | 23.81 | 11.90 | 12.5 | 148.81 | 1,711.31 | 35 | 63 | 1,500.00 | 23.81 | 11.90 | 23 | 273.81 | 9,446.43 | |
| Jowany Castillo | 2/1/19 | 4/15/20 | 63 | 1 | 62 | 180 | 16 | 52.5 | 900.00 | 17.14 | 8.57 | 12.5 | 107.14 | 1,660.71 | 47 | 63 | 1,080.00 | 17.14 | 8.57 | 23 | 197.14 | 9,167.14 | $ 10,827.86 |

**TOTAL    $ 91,600.18**