UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUAN MARTINEZ, JOSE PIMENTAL, CARLOS CONTRERAS, EFRAIN REYES and JOWANY CASTILLO,,

                Plaintiff(s),

-against-

FELIKS & SON STORAGE TANK CORP., FELIKS & SON SERVICES, LLC AND FELIKS SWIERZEWSKI,,

                Defendant(s).

STIPULATION AND ORDER OF DISMISSAL

Case No. 21-cv-03613(GRB)(JMW)

FILED
CLERK
1:39 pm, Apr 25, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

Dated: October 27, 2023

MOSER LAW FIRM, PC
*Attorneys for Plaintiff(s)*
/s/ Steven John Moser
Steven John Moser
133 C New York Avenue
Huntington, NY 11743
Tel: 516-671-1150
steven.moser@moserlawfirm.com

Dated: October 27, 2023

COFFEY MODICA LLP
*Attorneys for Defendant(s)*
/s/ Vince Avery
Vince Avery
111 Town Square Plaza, Suite 1203
Jersey City, NJ 07310
Tel: 856-246-5301
vavery@coffeymodica.com

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, subject to the terms of the Settlement Agreement between the parties, which is expressly incorporated by reference herein.

The Clerk is directed to close the file.

So Ordered:

/s/ Gary R. Brown

_____
Gary R. Brown, U.S.D.J.

Dated: 4/25/2024